U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

**United States Bankruptcy Judge**

**Signed February 23, 2011**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 10-37054-SGJ-11 |
| EQK BRIDGEVIEW PLAZA, INC., § | Chapter 11 |
| *Debtor,* § | |

## AGREED ORDER SETTING HEARINGS

UPON CONSIDERATION of the agreement by and among the Debtor, EQK Bridgeview Plaza, Inc. ("EQK" or the "Debtor"), Grand Pacific Finance Corp. ("GP"), and Wells Fargo Bank, N.A., as Indenture Trustee for the Grand Pacific Business Loan Trust 2005-1 ("GP Trust"), as evidenced by the signatures of counsel appearing below, the Court hereby ORDERS as follows.

IT IS HEREBY ORDERED that the following motions shall be heard on February 25, 2011 at 9:30 a.m.:

    a.    Motion for Relief from Stay filed by Bank of America [dkt. 62]; and

    b.    Motion to Sell Property [dkt. 78].

    c.    GP and GP Trust's Motion for 2004 Examination [dkt. 152]

2020623.2

      d.        Debtor's Motion for Use of Cash Collateral [dkt. 25].

IT IS HEREBY FURTHER ORDERED that the following motions shall <u>not</u> be heard on February 25, 2011 at 9:30 a.m., notwithstanding any notice(s) of hearing filed in this case which notice such hearings for such date:

      a.        Motion for Relief from Stay filed by GP [dkt. 13];

      b.        Motion to Excuse Compliance with Section 543 of the Bankruptcy Code filed by GP [dkt. 15]; and

      c.        Motion for Relief from Stay filed by the Debtor [dkt. 17].

Instead, the parties shall coordinate with the Court to set such motions to be heard together on a date and time as promptly as possible after the entry of this Order, not to include February 25, 2011 or March 8, 2011.

###END OF ORDER###

**AGREED AS TO FORM,**
**SUBSTANCE AND ENTRY:**

*/s/ Melissa S. Hayward*
Melissa S. Hayward
Texas Bar No. 24044908
**Franklin Skierski Lovall Hayward LLP**
10501 N. Central Expy
Suite 106
Dallas, Texas 75231

*Counsel for the Debtor*

*/s/ Jay L. Welford*
Jay L. Welford
Michigan Bar No. P34471
**Jaffe, Raitt, Heuer & Weiss, P.C.**
27777 Franklin Road
Suite 2500
Southfield, Michigan 48034

*Counsel for GP and GP Trust*

/s/ Lisa M. Lucas
Texas State Bar No. 24067734
**Carrington, Coleman, Sloman**

**& Blumenthal, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX  75202
*Co-counsel for GP and GP Trust*